PAULINE LEVY v. TIER REALTY CORPORATION and Another.— Motion to

dismiss appeal denied, with leave to renew if the appeal be not diligently prosecuted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.